ISABELLE C. GWATHMEY, Appellant, *v.* ARCHIBALD B. GWATHMEY, Respondent.

*Husband and wife — matrimonial action by wife for injunctive relief — appeal dismissed because invalidity of foreign divorce obtained by husband was adjudged in separation action brought by wife, and husband's appeal therein withdrawn.*

Appeal from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office on June 17, 1924, denying plaintiff's motion for an injunction *pendente lite* restraining the defendant from enforcing or claiming as valid and binding as against plaintiff a certain decree of absolute divorce obtained by defendant in the State of Texas, and from commencing or prosecuting any action for divorce against the plaintiff in any State of the United States except New York.

PER CURIAM: The action for separation brought by the plaintiff herein having proceeded to interlocutory judgment in favor of the plaintiff, wherein it was adjudged that the decree of divorce obtained by the defendant in the State of Texas was invalid, and defendant's appeal from said interlocutory judgment having been withdrawn, this appeal is dismissed, without costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ. Appeal dismissed.